Magistrate Judge S. Kate Vaughan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br><br>BRADLEY WHALEY,<br><br>Defendant. | NO. MJ25-157<br><br>ORDER AUTHORIZING DETENTION PENDING INITIAL APPEARANCE |

TO: The United States Marshal and any Authorized United States Officer:

Based upon a review of a sworn Complaint, the Court finds there is probable cause to believe that the defendant, BRADLEY WHALEY, has violated Title 18, United States Code, Section 875(c).

It is therefore ORDERED:

1. You are directed to bring the defendant before the nearest United States Magistrate Judge, or other authorized judicial officer, for initial appearance as promptly as that hearing can be scheduled with the court.

///

ORDER AUTHORIZING DETENTION
PENDING INITIAL APPEARANCE
*United States v. Bradley Whaley*
USAO No. 2025R00401

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. Defendant shall be held in custody pending that appearance.

DATED this  21st   day of March, 2025.

*S. Kate Vaughan (signature)*

S. KATE VAUGHAN
United States Magistrate Judge

ORDER AUTHORIZING DETENTION
PENDING INITIAL APPEARANCE
*United States v. Bradley Whaley*
USAO No. 2025R00401

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970