Honorable S. Kate Vaughan

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. MJ25-157 SKV |
| Plaintiff, | |
| v. | GOVERNMENT'S NOTICE OF APPEARANCE OF COUNSEL |
| BRADLEY WHALEY, | |
| Defendant. | |

17

18

19

20

     Rachel Yemini, Assistant United States Attorney for the Western District of Washington, hereby appears as counsel for the United States of America in the above-referenced matter.

21
//

22
//

23
//

24

25

26

27

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    Rachel Yemini is now counsel of record for this case on behalf of the United States.

2    Undersigned counsel respectfully requests that all pleadings, court documents, and

3    correspondence be forwarded to the below-listed AUSA:

4

5                            RACHEL YEMINI
                             United States Attorney's Office
6                            700 Stewart Street, Suite 5220
                             Seattle, Washington 98101-1271
7                            Phone: (206) 553-2275
                             Email: rachel.yemini@usdoj.gov
8

9

10   DATED this 26th day of March, 2025.

11

12                                           Respectfully submitted,

13                                           TEAL LUTHY MILLER
                                             Acting United States Attorney
14

15                                            s/ Rachel Yemini
16                                           RACHEL YEMINI
                                             Assistant United States Attorney
17                                           United States Attorney's Office
                                             700 Stewart Street, Suite 5220
18                                           Seattle, Washington 98101-1271
                                             Phone: 206-553-2275
19                                           Email: rachel.yemini@usdoj.gov

20

21

22

23

24

25

26

27

Notice of Appearance- 2
*United States v. Whaley*, MJ25-157 SKV

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970