UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>   v.<br><br>BRADLEY WHALEY,<br><br>                Defendant. | CASE NO. **2:25-mj-00157**<br><br>**MINUTE ORDER** |

The Court provisionally appointed the Office of the Federal Public Defender to represent Defendant. The provisional appointment shall continue until new counsel files a notice of appearance.

DATED this 27th day of March, 2025.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge