Judge S. Kate Vaughan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRADLEY WHALEY,<br><br>    Defendant. | NO. MJ25-157<br><br><br><br>NOTICE OF WITHDRAWAL |

Please take notice that there has been a change of counsel for the United States and Assistant United States Attorney Michelle Jensen is no longer assigned to this case and hereby submits this notice of withdrawal. The withdrawing AUSA requests to be terminated and to be removed from receiving CM/ECF notices. AUSA Rachel Yemini has entered her appearance as counsel of record for the government, and all future pleadings and correspondence shall be directed to AUSA Rachel Yemini.

DATED this 28th day of March, 2025.

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

 *s/ Michelle Jensen*
MICHELLE JENSEN
Assistant United States Attorney

Notice of Withdrawal - 1
*United States v. Bradley Whaley,* MJ25-157
USAO No. 2025R00401

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970