MAGISTRATE JUDGE S. KATE VAUGHAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRADLEY WHALEY,<br><br>Defendant. | No. MJ25-157-SKV<br><br>WAIVER OF PRELIMINARY HEARING |

I am a defendant charged in this case. My attorney has explained to me my right to have a preliminary hearing and the purpose of that proceeding. I understand that I have the right to testify at the preliminary hearing and that, if I wish, I may call other witnesses on my behalf. I also understand that I may waive the preliminary hearing. The fact of such waiver cannot be used against me. I understand that if I waive the preliminary hearing, my case will be bound over for further proceedings in the District Court, and any bond I have signed in this case remains in full force and effect.

I hereby waive my right to a preliminary hearing.

DATED this 27th day of March 2025.

_____
Bradley Whaley

Presented by:

s/ Sara Brin
Assistant Federal Public Defender
Attorney for Bradley Whaley

WAIVER OF PRELIMINARY HEARING
(*United States v. Whaley*, MJ25-157-SKV) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100