

# UNITED STATES DISTRICT COURT
## for the WESTERN DISTRICT OF WASHINGTON
### Passport/ID Receipt

Court Location: Seattle

Defendant: Whaley, Bradley

Received from: Oliver Cunningham

Date: 3/26/2025

Case Number: 2:25-mj-00157-SKV

Item type: Passport or identification

Item: U.S. Passport

Quantity: 1

Expiration date: 5/2/2029