UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRADLEY WHALEY,<br><br>Defendant. | No. MJ25-157<br><br>NOTICE OF APPEARANCE OF COUNSEL |

Please take notice that Chris Black hereby enters his appearance as counsel in this matter for defendant Bradley Whaley, and requests that all future papers and pleadings, except original process, be directed to the below-noted address.

Respectfully submitted this 31st day of March, 2025.

BLACK & ASKEROV, PLLC

*/s/ Chris Black*

Chris Black
Attorney for Bradley Whaley
705 Second Avenue, Suite 1111
Seattle, WA 98104
Phone: 206.623.1604
Fax: 206.658.2401
Email: chris@blacklawseattle.com

NOTICE OF APPEARANCE OF COUNSEL
(*Bradley Whaley*; MJ25-157) - 1

**Black & Askerov, PLLC**
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401