# Exhibit 1

Gateway Login: http://gateway.gocollette.com

http://www.gocollette.com

Should you have any further questions, for faster service, please contact us at **GroupsServices@collette.com** and provide your name, booking number and phone number.

You can find the most up to date details of your tour or make a payment by going here:
https://reservations.gocollette.com/tour-status Simply type in your booking number and last name when prompted.

## Reservation # 1259551

**Invoice Date:** 08 Jan 2025

**Bill To:** Bradley Meryl Whaley
SEDRO WOOLLEY WA

**Your Travel Professional:**

Lori Reese
Bellair Tours & Adventures
1416 Whitehorn St
Ferndale, WA 98248-8923
+()360-543-9379

**Guests:** Bradley Meryl Whaley , Amy Kristina Whaley

**Tour Package:** Spectacular South Africa, 09 Apr 2025 Departure
**Description:** Experience a harmony of intriguing cultures, stunning wildlife, lush winelands, and elaborate history. A land on the edge of the world, South Africa awaits.

## Summary of Amount Due

| | |
|---|---|
| Total Amount of Items Purchased With this Invoice | **$15,316.00** |
| Less: Payments Received | **$1,396.00** |
| Total Amount Due | **$13,920.00** |
| Please Remit Full Payment No Later Than | **09 Jan 2025** |

California Sellers of Travel Number 2006766-20
Nevada Sellers of Travel Registration Number 2003-0279
State Of Washington Unified Business ID Number 601220855

Gateway Login: http://gateway.gocollette.com

http://www.gocollette.com

## To Make Your Payment:

**by debit or credit card:**
   MasterCard, Visa, American Express, Discover

**ONLINE:** https://reservations.gocollette.com/payment.aspx

**PHONE:** 1-800-852-5655

**Reservation #:** 1259551

**by check:**

| MAKE CHECK PAYABLE TO: |
|---|
| Collette |
| Attn: Accounts Receivable |
| 162 Middle Street |
| Pawtucket RI 02860 |

**To ensure proper credit, please return this page with payment.**

# Reservation # 1259551

**Date:** 08 Jan 2025

**Bill To:** Bradley Meryl Whaley

SEDRO WOOLLEY WA

**Your Travel Professional:**

Lori Reese
Bellair Tours & Adventures
1416 Whitehorn St
Ferndale, WA 98248-8923
+()360-543-9379

**Guests:** Bradley Meryl Whaley , Amy Kristina Whaley

**Travel Professional:** Lori Reese

**Tour Package:** Spectacular South Africa, 09 Apr 2025 Departure

**Description:** Experience a harmony of intriguing cultures, stunning wildlife, lush winelands, and elaborate history. A land on the edge of the world, South Africa awaits.

## Details Of Items Purchased

| Tour Package | | | | | |
|---|---|---|---|---|---|
| Date | Description | Qty | Units | Rate | Total |
| 09 Apr 2025 | Package Airfare Adult(KPRBYF) - SEA Package Airfare Adult (KPRBYF) - SEA | 2 | **included in Air Travel Package** | | |
| 11 Apr 2025 | Spectacular South Africa Double | 2 | Adults | $6,549.00 | $13,098.00 |
| 11 Apr 2025 | Transportation from Airport to Hotel | 2 | **included in Air Travel Package** | | |
| 16 Apr 2025 | Package Airfare - Apr 16 2025 Spectacular South Africa (INTER1) - JNB - Package ID 15377 | 2 | **included in Air Travel Package** | | |

California Sellers of Travel Number 2006766-20
Nevada Sellers of Travel Registration Number 2003-0279
State Of Washington Unified Business ID Number 601220855

|  |  |  | **Sub Total** | **$13,098.00** |
|---|---|---|---|---|
| Applied Travel Savings ||||||

| Date | Description | Qty | Units | Rate | Total |
|---|---|---|---|---|---|
| 11 Apr 2025 | Air Booking Bonus Gateway ( Amy Kristina Whaley ) | 1 | Adult | ($150.00) | ($150.00) |
| 11 Apr 2025 | Air Booking Bonus Gateway ( Bradley Meryl Whaley ) | 1 | Adult | ($150.00) | ($150.00) |
|  |  |  | **Sub Total** |  | **($300.00)** |

| Options, Excursions, Extras ||||||
|---|---|---|---|---|---|
| Date | Description | Qty | Units | Rate | Total |
| 21 Apr 2025 | Presold Option: Dine with a Local Family - Meals - Adult The option that you have purchased may have a minimum number of people required in order for the option to operate. | 2 | Adults | $60.00 | $120.00 |
| 23 Apr 2025 | Transportation from Airport to Hotel | 2 | **included in Options, Excursions, Extras** | | |
| 23 Apr 2025 | Package Airfare - Apr 23 2025 3 Night Victoria Falls Post Extension (EISQTR) - CPT | 2 | **included in Air Travel Package** | | |
| 23 Apr 2025 | 3 Night Victoria Falls Post Extension (Land Only ) Double | 2 | Adults | $1,199.00 | $2,398.00 |
| 26 Apr 2025 | Transportation from Hotel to Airport | 2 | **included in Options, Excursions, Extras** | | |
|  |  |  | **Sub Total** |  | **$2,518.00** |

California Sellers of Travel Number 2006766-20  
Nevada Sellers of Travel Registration Number 2003-0279  
State Of Washington Unified Business ID Number 601220855



Gateway Login: http://gateway.gocollette.com

http://www.gocollette.com

| Travel Protection Plan |
|---|
| Travel Protection Plan has not been purchased <br><br> **All you need to know about Collette's Travel Protection Plan:** <br><br> - You can cancel your trip up until the day prior to departure for any reason and receive a full refund, minus the cost of the travel protection*. <br> - Your refund is in cash or credited back to your credit card. It's not a voucher or certificate. <br> - You're covered on tour. If you have to stop your trip or return home early, need medical assistance or evacuation, suffer a baggage loss; or are delayed on tour for 12 hours or more, you're covered. <br><br> Add Travel Protection Plan to your package today. Call 1-800-852-5655 to purchase a little peace of mind. <br><br> *Certain restrictions apply. |

|  |  |
|---|---|
| **Total Purchased** | **$15,316.00** |

California Sellers of Travel Number 2006766-20
Nevada Sellers of Travel Registration Number 2003-0279
State Of Washington Unified Business ID Number 601220855



GUEST COPY
162 Middle Street
Pawtucket RI 02860
1-800-852-5655

Gateway Login: http://gateway.gocollette.com

http://www.gocollette.com

| | |
|---|---|
| **Invoice Date** 08 Jan 2025 | **Your Travel Professional:** |
| **Reservation # 1259551** | Lori Reese<br>Bellair Tours & Adventures<br>1416 Whitehorn St<br>Ferndale, WA 98248-8923<br>+()360-543-9379 |
| **Vacation Package:** Spectacular South Africa, 09 Apr 2025 Departure<br>**Guests:** Bradley Meryl Whaley , Amy Kristina Whaley | |

## Names for Flights

**Please Read:** Please check the spelling of each name below. It is a requirement of all airlines and governing bodies that these names match exactly with the name on the guest's valid, non-expired, government issued photo ID shown at the airport (including middle name, initials, etc...). Notify your Travel Professional or Collette of any errors.

| Name for Flights | Passport Number |
|---|---|
| Bradley Meryl Whaley | ▮▮▮▮▮ |
| Amy Kristina Whaley | ▮▮▮▮▮ |

## Flight Schedule

| Departure Date | Flight # | Airline | Origin/Destination | Arrival Date | Seats |
|---|---|---|---|---|---|
| **Flight Schedule for: Bradley Meryl Whaley , Amy Kristina Whaley** | | | | | |
| 09 Apr 25 4:30 PM | 720 | Qatar Airlines ECONOMY | Seattle Tacoma Intl Airport (SEA) to Hamad International Airport (DOH) | 10 Apr 25 4:50 PM | 2 |
| 11 Apr 25 2:20 AM | 1363 | Qatar Airlines ECONOMY | Hamad International Airport (DOH) to Johannesburg (JNB) | 11 Apr 25 9:50 AM | 2 |
| 26 Apr 25 8:15 PM | 1378 | Qatar Airlines ECONOMY | Johannesburg (JNB) to Hamad International Airport (DOH) | 27 Apr 25 5:35 AM | 2 |
| 27 Apr 25 8:05 AM | 719 | Qatar Airlines ECONOMY | Hamad International Airport (DOH) to Seattle Tacoma Intl Airport (SEA) | 27 Apr 25 12:30 PM | 2 |
| **Flight Schedule for: Bradley Meryl Whaley , Amy Kristina Whaley** | | | | | |
| 16 Apr 25 12:00 AM | 0 | Any Airline | Johannesburg (JNB) to George Airport (GRJ) | 16 Apr 25 12:00 AM | 2 |

California Sellers of Travel Number 2006766-20
Nevada Sellers of Travel Registration Number 2003-0279
State Of Washington Unified Business ID Number 601220855

Thank You for choosing Collette

# collette

Gateway Login: http://gateway.gocollette.com

http://www.gocollette.com

| Flight Schedule for: Bradley Meryl Whaley , Amy Kristina Whaley | | | | |
|---|---|---|---|---|
| 23 Apr 25 9:45 AM | 390 Airlink ECONOMY | Cape Town (CPT) to Victoria Falls (VFA) | 23 Apr 25 12:40 PM | 2 |
| 26 Apr 25 2:00 PM | 495 Airlink ECONOMY | Victoria Falls (VFA) to Johannesburg (JNB) | 26 Apr 25 3:45 PM | 2 |

For baggage allowances and information go to: https://reservations.gocollette.com/baggage.aspx

Data Protection Notice: Your personal data will be processed in accordance with the applicable carrier's privacy policy and, if your booking is made via a reservation system provider (GDS), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred.

California Sellers of Travel Number 2006766-20
Nevada Sellers of Travel Registration Number 2003-0279
State Of Washington Unified Business ID Number 601220855

Thank You for choosing Collette
Page 6 of 13

Gateway Login: http://gateway.gocollette.com

http://www.gocollette.com

| | |
|---|---|
| **Invoice Date** 08 Jan 2025 | **Your Travel Professional:** |
| **Reservation # 1259551** | Lori Reese<br>Bellair Tours & Adventures<br>1416 Whitehorn St<br>Ferndale, WA 98248-8923<br>+()360-543-9379 |
| **Vacation Package:** Spectacular South Africa, 09 Apr 2025 Departure | |
| **Guests:** Bradley Meryl Whaley , Amy Kristina Whaley | |

## Critical Information

The following information is CRITICAL regarding your package: Spectacular South Africa.

Log in to the Gateway to manage all aspects of your tour at: http://gateway.gocollette.com.

If you have not already done so, do not forget to sign up for our Travel Loyalty program via the gateway.

| **IMPORTANT: Pre Trip Requirement** |
|---|
| **Air** |
| Please check the spelling of each name below.  It is a requirement of all airlines and governing bodies that these names match exactly with the name on the guest's valid, non-expired, government issued photo ID shown at the airport (including middle name, initials, etc...). Notify your Travel Professional or Collette of any errors.<br><br>**Name for Flights**  **Passport Number**<br>Bradley Meryl Whaley   ████████<br>Amy Kristina Whaley   ████████ |
| For air-inclusive reservations, the name provided at time of booking must match your government-issued ID that will be used during travel. Name changes are subject to penalties.<br><br>Internal flights are required in order to participate on this tour and are included in the final price, quoted at time of booking. |

California Sellers of Travel Number 2006766-20
Nevada Sellers of Travel Registration Number 2003-0279
State Of Washington Unified Business ID Number 601220855

Thank You for choosing Collette
Page 7 of 13



| **Government Required** |
|---|
| Guests are responsible for procuring the necessary travel documents (visas and passports) for all countries visited. A listing of entry requirements for each country can be seen at http://www.gocollette.com/guided-travel/faq<br><br>IDENTIFICATION<br>Passports and visas are required for this tour at your expense. Certain countries require a minimum of 6 months passport validity from date of return home. You are strongly urged to contact the appropriate consulate for details. Visit www.travel.state.gov for the U.S. State Department for the latest details about passports and visa requirements.<br><br>IMPORTANT: We recommend that our guests traveling abroad take a photocopy of their passport and applicable visas. It should be packed separately from your actual passport and visa. We also recommend leaving a copy at home with your emergency contact.<br><br>In South Africa, children are required to have a passport as well as additional documentation to travel with you into and out of the country. Please consult the South African Embassy for the current specific requirements related to your travel dates.<br><br>**Important Passport Information:** You must have at least 2 blank pages remaining in your passport to allow for the entry stamp issued for South Africa. The 2 pages for South Africa MUST be facing each other. Failure to comply with this law will result in denied boarding of your international flight. If you choose to continue on with the Victoria Falls extension, you must have at least 2 additional blank pages remaining in your passport. If you have questions please see your travel professional or call us.<br><br>Each traveler is responsible for proper documentation and inoculations that may be required and/or recommended to participate on this tour. Please contact your local travel clinic or personal physician for specific details on the destinations you are traveling to and from.<br><br>If you are traveling with children under the age of 18, South Africa requires that those children must have proper documentation and/or consent when traveling into or out of the Republic. Please refer to www.dha.gov.za/index.php/statements-speeches/621-advisory-new-requirements-for-children-travelling-through-south-african-ports-of-entry-effective-1-june-2015 for the most up-to-date details on requirements. Please check directly with the airline for the legal documentation that is required. It is the sole responsibility of the guest to procure the proper documentation to travel and many requirements vary by airline and destination. |
| **Air - Post Tour Extension** |
| Air inclusive rate is valid for guests who have purchased our air package for the full tour, depending on the air schedule selected. Rate may vary for those who have purchased their own air.<br><br>An internal flight is required in order to participate on this extension and is included in the final price, quoted at time of booking. |

California Sellers of Travel Number 2006766-20
Nevada Sellers of Travel Registration Number 2003-0279
State Of Washington Unified Business ID Number 601220855

Thank You for choosing Collette
Page 8 of 13



**GUEST COPY**
162 Middle Street
Pawtucket RI 02860
1-800-852-5655

**Gateway Login:** http://gateway.gocollette.com

http://www.gocollette.com

| **All Other - Post Tour Extension** |
|---|
| **Fully-guided** extensions are a great way to explore a new destination. Enjoy sightseeing and local experiences led by a Tour Manager or local expert.<br><br>Extensions not purchased at time of deposit are subject to availability and applicable charges at time of request.<br><br>We reserve the right to cancel this extension if a minimum of 6 passengers is not met to operate.<br><br>Malaria pills are recommended when visiting Zimbabwe and Botswana. Consult your physician 2-3 weeks prior to departure.<br><br>Park fees (approximately $40 USD) are not included in the land price of your extension. Fees are subject to change and are payable at time of final payment. |
| **All Other** |
| For guests transiting via Europe, an additional overnight flight will be required. Day rooms or overnight stays can be arranged for a cost upon request.<br><br>Our air passengers will arrive into Johannesburg airport. All of our transfers will depart from Johannesburg airport to your Sandton hotel.<br><br>To complete your tour, we <u>include</u> roundtrip airport-to-hotel transfers when purchasing our airfare with your tour. If you have arranged for your <u>own air</u>, we are pleased to provide you the option of *purchasing* these transfers. Please note that all transfers will leave at pre-scheduled times.<br><br>Reservations are subject to availability and will be finalized and confirmed upon receipt of a $ 1396 by the deposit due date.Payment constitutes full understanding and acceptance of our cancellation policy, terms and conditions as outlined in our brochure. |
| **Government Required - Post Tour Extension** |
| For this extension, you must have at least 2 additional blank pages remaining in your passport. A **visa** is required for Zimbabwe at an approximate cost of $30 USD. A multiple-entry visa is required if you wish to purchase the optional Chobe day trip. Visa cost is approximately $45 USD. Passports must have an additional 2 blank pages for the visa to be placed. The visa may be purchased upon arrival, payable in local currency only. Payments at Ports of Entry for visa can be done in foreign currency. Rates are approximate and can be changed at any time based on governing authority. |
| **Travel Well** |
| Should you have any further questions, for faster service, please contact us at customercare@collette.com and provide your name, booking number and phone number<br>To see the status of your tour, visit https://reservations.gocollette.com/tour-status<br>Collette has taken ever proactive measure to ensure you have the best experience for your health and well-being. Please visit the following link to see what we are doing pre, on and post tour. https://www.gocollette.com/travelingwell |

California Sellers of Travel Number 2006766-20
Nevada Sellers of Travel Registration Number 2003-0279
State Of Washington Unified Business ID Number 601220855

GUEST COPY
162 Middle Street
Pawtucket RI 02860
1-800-852-5655

Gateway Login: http://gateway.gocollette.com

http://www.gocollette.com

| Terms And Conditions |
|---|
| Terms and Conditions can be found at http://www.gocollette.com/about-collette/terms-and-conditions . If unable to access, please see brochure or contact us at 1-800-852-5655 to have a copy mailed to you. |

California Sellers of Travel Number 2006766-20
Nevada Sellers of Travel Registration Number 2003-0279
State Of Washington Unified Business ID Number 601220855

Thank You for choosing Collette
Page 10 of 13

Gateway Login: http://gateway.gocollette.com

http://www.gocollette.com

| | |
|---|---|
| **Invoice Date** 08 Jan 2025 | **Your Travel Professional:** |
| **Reservation # 1259551** | Lori Reese<br>Bellair Tours & Adventures<br>1416 Whitehorn St<br>Ferndale, WA 98248-8923<br>+()360-543-9379 |
| **Vacation Package:** Spectacular South Africa, 09 Apr 2025 Departure | |
| **Guests:** Bradley Meryl Whaley , Amy Kristina Whaley | |

The following optional excursions and options are available for purchase from your travel professional.

Please note: the suggested options listed below are the only ones approved and authorized. If you chose to participate in any other activity or option not listed; you bear the sole responsibility.

## ADVANCE OR ON TOUR PURCHASE AVAILABLE

| Option Name | Rate Per Person |
|---|---|
| **Dine with a Local Family (Monday, April 21, 2025-Cape Town )** | $ 60.00 |

Cape Town's culture and traditions come to light during dinner with a local family. You are in for a special treat during this rare opportunity to join a family in their home for a home-cooked meal and friendly conversation. Make new friends in a comfortable setting as you savor the local flavors and sip a glass of wine. Share a laugh and stories of life from your home country as you learn about your hosts' experiences growing up in South Africa and life in Cape Town today. Take advantage of this once-in-a-lifetime opportunity to truly get to know the people of Cape Town and experience their welcoming hospitality first hand.

Duration: approximately 3 hour(s).
Your transportation is included.
Minimum of 2 guests are required.

| | |
|---|---|
| **Dinner Over the Gorge (Thursday, April 24, 2025-Victoria Falls )** | $ 85.00 |

Settle in for a dinner you'll never forget, when you dine at the Lookout Café in Victoria Falls. Perched 400 feet above the swirling rapids of the Zambezi River, this incredible restaurant offers an unparalleled view of the Batoka Gorge. In the background, the iconic Victoria Falls Bridge can be seen arching over the Gorge, giving the picturesque scene an incredibly grand scale. But the view isn't the only thing to love about the Lookout Café – the restaurant serves up a fresh menu of unique and delicious faire. You'll be dining on local specialties while looking out over the stunning gorge and falls.

Duration: approximately 2.5 hour(s).
Your transportation is not included.
Minimum of 2 guests are required.

California Sellers of Travel Number 2006766-20
Nevada Sellers of Travel Registration Number 2003-0279
State Of Washington Unified Business ID Number 601220855

GUEST COPY
162 Middle Street
Pawtucket RI 02860
1-800-852-5655

![Collette logo]

Gateway Login: http://gateway.gocollette.com

http://www.gocollette.com

## ADVANCE OR ON TOUR PURCHASE AVAILABLE

| Option Name | Rate Per Person |
|---|---|
| **Chobe Day Trip, Botswana - African Leisure Travel Mauritius (Friday, April 25, 2025- Victoria Falls )** | **$ 199.00** |

Depart this morning for a full day adventure into Botswana to Chobe National Park. Known for its teeming wildlife, forests, marshy swamplands and sandy, rocky outcropping, Chobe offers an outstanding opportunity to see wildlife by land and river! Upon arrival, enjoy a fantastic cruise along the Chobe River to search by water. With the opportunity to spot everything from bird life to the Big 5, you want to have your camera ready! Enjoy lunch along the banks of the river before entering Chobe National Park in your open-air safari vehicle to search for wildlife on land. Return in the early evening to Victoria Falls.
This option must be purchased a minimum of 7 days prior to arrival in Victoria Falls to ensure availability. GUESTS MUST PURCHASE A MULTIPLE ENTRY VISA FOR ZIMBABWE IN ORDER TO PARTICIPATE IN THIS OPTION.
Please note: this option includes the Chobe National Park fee of $15 USD at time of printing. Should the fee increase, you will be responsible to pay the additional costs.
You must be physically able to enter a boat from the floating dock to participate in the game drive on the Chobe River. The afternoon game drive in Chobe National Park is operated by a 4x4 open-air safari vehicle and you must be physically able to climb into the rear of the vehicle, as doors do not open.

Duration: approximately 8 hour(s).

Your transportation is included.

Minimum of 2 guests are required.

This option must be purchased a minimum of 7 days prior to arrival in Victoria Falls to ensure availability. GUESTS MUST PURCHASE A MULTIPLE ENTRY VISA FOR ZIMBABWE IN ORDER TO PARTICIPATE IN THIS OPTION.

California Sellers of Travel Number 2006766-20
Nevada Sellers of Travel Registration Number 2003-0279
State Of Washington Unified Business ID Number 601220855

Thank You for choosing Collette
Page 12 of 13

Gateway Login: http://gateway.gocollette.com

http://www.gocollette.com

# Reservation # 1259551

**Date:** 08 Jan 2025

**Bill To:** Bradley Meryl Whaley

SEDRO WOOLLEY WA

**Tour Package:** Spectacular South Africa, 09 Apr 2025 Departure

| Billing for these Guests | | |
|---|---|---|
| **First name** | **Middle Name** | **Last Name** |
| Bradley | Meryl | Whaley |
| Amy | Kristina | Whaley |
| Total Guests on this bill | | 2 |
| Total Guests in Party | | 2 |

## Detailed Payments

Payments Received to Date:

| | | |
|---|---|---:|
| 11 Apr 2024 | Credit Card Payment Bradley Whaley | **$698.00** |
| 11 Apr 2024 | Credit Card Payment Amy Whaley | **$698.00** |
| Payments Received | | **$1,396.00** |

California Sellers of Travel Number 2006766-20  
Nevada Sellers of Travel Registration Number 2003-0279  
State Of Washington Unified Business ID Number 601220855

Thank You for choosing Collette