The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRADLEY WHALEY,<br><br>Defendant. | No. MJ25-157<br><br>ORDER GRANTING MOTION TO PERMIT TRAVEL |

This matter comes before the Court upon a motion by defendant, Bradley Whaley, to permit him to travel to South Africa. Having considered the motion and the entirety of the records and file herein, and finding good cause, the Court hereby GRANTS this motion.

The Court ORDERS:

1. Mr. Whaley may travel to South Africa from April 9 to April 27, 2025.

2. Mr. Whaley shall provide a complete itinerary of his trip to the probation office.

3. Mr. Whaley shall comply with all conditions of release and all directives of the probation office during and in relation to his travel.

4. The Clerk of the Court shall return Mr. Whaley's passport to him on April 8, 2025.

5. Mr. Whaley shall return the passport to the Clerk of the Court no later than April 29, 2025

ORDER GRANTING MOTION TO PERMIT TRAVEL
(*Bradley Whaley*; MJ25-157) - 1

**Black & Askerov, PLLC**
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401

6. The bond status hearing currently scheduled for April 25, 2025 is rescheduled to

_____.

DONE this ____ day of April, 2025.

                                                                                          _____
The Honorable Brian A. Tsuchida
United States Magistrate Judge

ORDER GRANTING MOTION TO PERMIT TRAVEL
(*Bradley Whaley*; MJ25-157) - 2

**Black & Askerov, PLLC**
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401