The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BRADLEY WHALEY,<br><br>    Defendant. | No. MJ25-157<br><br>ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO FILE INDICTMENT UNDER SPEEDY TRIAL ACT<br><br><u>Note for Consideration</u>:<br>April 10, 2025 |

The Court, having considered Mr. Whaley's Unopposed Motion to Extend Time to File Indictment Under Speedy Trial Act, and based on the facts outlined in that motion, ORDERS that the time to file an Indictment be continued to June 16, 2025. The period of delay resulting from this continuance from the date of the filing of this motion through June 16, 2025 is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7).

DONE this ___ day of April, 2025.

_____
The Honorable Brian A. Tsuchida
United States Magistrate Judge

ORDER GRANTING UNOPPOSED MOTION TO
EXTEND TIME TO FILE INDICTMENT UNDER
SPEEDY TRIAL ACT (*Bradley Whaley*; MJ25-157) - 1

**Black & Askerov, PLLC**
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401