UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. MJ25-157 |
| Plaintiff, | |
| v. | DEFENDANT'S WAIVER OF SPEEDY INDICTMENT |
| BRADLEY WHALEY, | |
| Defendant. | |

I, Bradley Whaley, am the defendant charged in the above-entitled case. I have been advised by my attorney that I have a right to a speedy indictment under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.* I understand that under the statute the government must obtain an indictment within thirty days of my arrest. I wish to waive that right and extend the indictment deadline so that my attorney and the attorney for the government may discuss defenses, pursue negotiations, and have a full opportunity to evaluate the matter prior to indictment. Accordingly, I hereby knowingly, voluntarily, and with advice of counsel waive my right to a speedy indictment for the period up to and including September 15, 2025.

Dated this 29 day of May, 2025.

_____
Bradley Whaley

DEFENDANT'S WAIVER OF
SPEEDY INDICTMENT
(*Bradley Whaley*; MJ25-157) - 1

Black & Askerov, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401