UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>BRADLEY WHALEY,<br><br>    Defendant. | No. MJ25-157<br><br>ORDER GRANTING SECOND UNOPPOSED MOTION TO EXTEND TIME TO FILE INDICTMENT UNDER SPEEDY TRIAL ACT |

The Court, having considered Mr. Whaley's Second Unopposed Motion to Extend Time to File Indictment Under Speedy Trial Act, and based on the facts outlined in that motion, ORDERS that the time to file an Indictment be extended to September 15, 2025. The period of delay resulting from this continuance from the date of the filing of this motion through September 15, 2025 is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7).

DONE this 30th day of May, 2025.

*[signature: Kate Vaughan]*

The Honorable S. Kate Vaughan
United States Magistrate Judge

---

ORDER GRANTING SECOND UNOPPOSED MOTION TO EXTEND TIME TO FILE INDICTMENT UNDER SPEEDY TRIAL ACT
(*Bradley Whaley*; MJ25-157) - 1

Black & Askerov, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401